448 A.2d 1160

Commonwealth v. Pellot, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1982.

Argued March 2, 1982. Stephen C. Hurvitz, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.